This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DANIEL J. SECRIST and KEN LONG, on their own behalf and on behalf of a class of similarly-situated State employees,**

Plaintiffs-Appellees,

**v.**                                                     No. A-1-CA-36950

**STATE OF NEW MEXICO, NEW MEXICO STATE PERSONNEL OFFICE, and JUSTIN R. NAJAKA, New Mexico State Personnel Director,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**David K. Thomson, District Judge**

Shane Youtz
Albuquerque, NM

for Appellees

SaucedoChavez PC
Christopher Saucedo
Albuquerque, NM

for Appellants

# MEMORANDUM OPINION

**HANISEE, Judge.**

{1}    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired. **DISMISSED.**

{2}    **IT IS SO ORDERED.**

_____

**J. MILES HANISEE, Judge**

**WE CONCUR:**

_____

**STEPHEN G. FRENCH, Judge**

_____

**DANIEL J. GALLEGOS, Judge**